**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

_____

SIERRA CLUB INC., <u>et</u> <u>al</u>.         )

                  Plaintiffs,    )

                              )       Case No.: 4:04CV120-SPM/AK

v.                       )

JOHNSON, <u>et</u> <u>al</u>.,          )

                  Defendants.   )
_____)_____

## ORDER GRANTING JOINT MOTION TO STAY

**THIS CAUSE** comes before the Court upon the "Joint Motion for Stay" (doc.

128). For good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.     The motion to stay (doc. 128) is *granted*.

    2.     This case is stayed until April 30, 2008.

    3.     The parties shall file a status report with this Court on or before ***April 30,***

***2008.***

    **DONE AND ORDERED** this <u>twenty-sixth</u> day of March, 2008.


               *s/ Stephan P. Mickle*
               Stephan P. Mickle
               United States District Judge