IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

_____

SIERRA CLUB INC., et al.

      Plaintiffs,

                                    Case No.: 4:04CV120-SPM/AK

v.

JOHNSON, et al.,

      Defendants.

_____

**ORDER GRANTING JOINT MOTION TO STAY**

**THIS CAUSE** comes before the Court upon the "Joint Motion for Stay" (doc. 128). For good cause shown, it is hereby ORDERED AND ADJUDGED as follows:

1.    The motion to stay (doc. 136) is *granted*.

2.    This case is stayed until **June 6, 2008.**

3.    The parties shall file a status report with this Court on or before **June 6, 2008.**

DONE AND ORDERED this twelfth day of May, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge